

## ROBBINS
LITIGATION AND REGULATORY LAW

**JOSHUA A. MAYES**
Direct: (404) 856-3266
jmayes@robbinsfirm.com

November 7, 2024

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2024 NOV -8 A 10:30

CLERK K Mitchell
SO. DIST. OF GA.

**VIA FEDERAL EXPRESS**

Clerk of Court
United States District Court for the Southern District of Georgia
801 Gloucester Street
Brunswick, GA 31520

Re: **Federal Trade Commission v. Global Circulation, Inc., et al. (Case No. 1:24-cv-4927) (N.D. Ga.)**

Dear Sir or Madam:

I am counsel for Receiver Michael Fuqua in the above-captioned matter currently pending in the United States District Court for the Northern District of Georgia. Enclosed here are materials for the initiation of a miscellaneous matter to provide notice of a receivership established by Court in that matter. These materials include:

1. Complaint for Permanent Injunction and Other Relief
2. Ex Parte Temporary Restraining Order with Asset Freeze, Appointment of a Receiver, and Other Equitable Relief, and Order to Show Cause Why a Preliminary Injunction Should Not Issue
3. Filing Fee

Please do not hesitate to contact my associate, Jane Ashley Ravry, if you have questions or concerns, or require additional information or documentation. Her information is below:

Jane Ashley Ravry
jaravry@robbinsfirm.com
(678) 528-0867

Sincerely,

*Joshua A. Mayes*
Joshua A. Mayes

JAM/db